1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  JUSTIN MAGHEN, an individual; SHIRLEY AMBERS, individually, and on behalf of all others similarly situated, | Case No. 2:14-cv-05874-MMM-PLAx |
| 14 | **ORDER** |
| 15            Plaintiffs, | |
| 16      v. | [Assigned to Judge Margaret M. Morrow, CR 780] |
| 17  MACY'S WEST STORES, INC., | |
| 18            Defendant. | [Complaint Filed: July 28, 2014] |

19
20
21
22
23
24
25
26
27
28

1
2                                    **ORDER**
3        GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and
4   Protective Order
5
6        IT IS SO ORDERED.
7
8    Dated: May 27, 2015

                                              /s/ Paul L. Abrams
                                        _____
                                        Hon. Paul L. Abrams
                                        United States Magistrate Judge